# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN OGANYAN,<br><br>             Petitioner,<br><br>    v.<br><br>GEORGE NEOTTI, Warden,<br><br>             Respondent. | Case No. CV 10-1625-GW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge with the following modifications, which are not material to the Court's decision:

    At page 4, line 17, insert [*sic*] after the word "a.m.";

    At page 30, line 24, change the words "ineffective assistance" to "prosecutorial misconduct";

    At page 41, line 1, insert the word "can" before the word "only"; and

    At page 41, line 13, insert the words "not present" after the words" ineffective assistance."

1   IT IS HEREBY ORDERED that: (1) the First Amended Petition for Writ of Habeas
2   Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

4   DATED: January 7, 2014

                                                  _____
                                                           GEORGE H. WU
                                                  UNITED STATES DISTRICT JUDGE