# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN OGANYAN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE NEOTTI, Warden,<br><br>　　　　　　Respondent. | Case No. CV 10-1625-GW (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 7, 2014

　　　　　　　　　　　　　　　　　　　　　　_GEORGE H. WU_
　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE